UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JERENIECE J. JONES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INDIANA CIVIL RIGHTS COMMISSION, )<br>)<br>Defendant. ) | 1:02-cv-1701-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted,** that judgment is entered for the defendant and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

Date: 03/17/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Jereniece J. Jones
1922 West Minnesota
Indianapolis, IN 46221-1816

Betsy Isenberg
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204